UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA NICOLE WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00271-EPG<br><br>**STIPULATION & ORDER FOR EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 35-day extension of time, from November 1, 2017 to December 6, 2017, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because additional time is needed to review and evaluate the administrative record, to consider the issues raised in Plaintiff's Opening Brief, to accommodate counsel's competing workload demands, including an increase in the number of cases requiring briefing, and to determine whether options exist for settlement. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: October 17, 2017　　　LAW OFFICES OF LAWRENCE D. ROHLFING

By:*/s/ Monica Perales*
MONICA PERALES
Attorneys for Plaintiff
[*As authorized by e-mail on Oct. 17, 2017]

Dated: October 18, 2017　　　PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based on the above stipulation by the parties, Defendant shall have a 35-day extension of time, from November 1, 2017 to December 6, 2017, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 18, 2017**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE