**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENDRA NICOLE WRIGHT, ) | Case No.: 1:17-cv-00271-EPG |
| ) | |
| Plaintiff, ) | **SECOND STIPULATION FOR** |
| ) | **EXTENSION OF TIME AND** |
| vs. ) | **ORDER THEREON** |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between Kendra Nicole Wright (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is December 6, 2017. The new date will be January 5, 2018. All other deadlines will extend accordingly.

    Defense counsel needs an extension of time because the attorney responsible for briefing this case is a new hire who received this case assignment after the initial extension. Counsel needs more time to draft the response and go through the necessary in-house reviews. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

    This is Defendant's second request for an extension.

1

Respectfully submitted,

Dated: December 4, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney
Attorneys for Defendant

*/s/ S. Wyeth McAdam*
S. WYETH MCADAM
Of Counsel for Defendant
Social Security Administration

Dated: December 4, 2017

*/s/ Monica Perales*
MONICA PERALES
Attorneys for Plaintiff
LAW OFFICES OF LAWRENCE D. ROHLFING
(*As authorized via e-mail on 12/4/17)

## ORDER

Good cause appearing, pursuant to the stipulation of the parties, Defendant shall file her opposition to plaintiff's opening brief on or before January 5, 2018.

IT IS SO ORDERED.

Dated: **December 5, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE